# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **VISTA PEAK VENTURES, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BOE TECHNOLOGY GROUP CO., LTD.,** | § | |
| | § | **CIVIL ACTION NO. 2:18-CV-431-JRG** |
| Defendant. | § | |
| | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Vista Peak Ventures, LLC ("Plaintiff") and BOE Technology Group Co., Ltd. ("Defendant") (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement, and show the Court as follows:

The Parties have reached a settlement in principle, pending documentation, and request the Court stay all deadlines, including, but not limited to, the entry of the Court's Docket Control Order, as well as continuing the Scheduling Conference currently scheduled on May 20, 2019, for thirty (30) days.

Dated: May 3, 2019                                              Respectfully submitted,

| /s/ *Patrick J. Conroy* | /s/ *Esther H. Lim with permission* |
|---|---|
| Patrick J. Conroy | Esther H. Lim (*pro hac vice*) |
| Texas Bar No. 24012448 | Frank A. DeCosta, III |
| T. William Kennedy Jr. | Chen Zang (*pro hac vice*) |
| Texas Bar No. 24055771 | **FINNEGAN, HENDERSON, FARABOW,** |
|  | **GARRETT & DUNNER, LLP** |
| **BRAGALONE CONROY PC** | 901 New York Avenue, NW |
| 2200 Ross Avenue | Washington, DC 20001-4413 |
| Suite 4500W | Telephone: (202) 408-4000 |
| Dallas, TX 75201 | Facsimile: (202) 408-4400 |
| Tel: (214) 785-6670 | esther.lim@finnegan.com |
| Fax: (214) 785-6680 |  |
| pconroy@bcpc-law.com | Jinwoo Kim (*pro hac vice*) |
| bkennedy@bcpc-law.com | **FINNEGAN, HENDERSON, FARABOW,** |
|  | **GARRETT & DUNNER, LLP** |
| T. John Ward, Jr. | 3300 Hillview Avenue |
| Texas State Bar No. 00794818 | Palo Alto, CA 94304-1203 |
| Email: jw@wsfirm.com | Telephone: (650) 849-6600 |
| Claire Abernathy Henry | Facsimile: (650) 849-6666 |
| Texas State Bar No. 24053063 | jinwoo.kim@finnegan.com |
| Email: Claire@wsfirm.com |  |
|  | Trey Yarbrough |
| **WARD, SMITH, & HILL, PLLC** | Bar No. 22133500 |
| P.O. Box 1231 | Dallas W. Tharpe |
| Longview, TX 75606 | Bar No. 24052036 |
| Telephone: (903) 757-6400 | **YARBROUGH WILCOX, PLLC** |
| Facsimile: (903) 757-2323 | 100 E. Ferguson St. |
|  | Suite 1015 |
| *ATTORNEYS FOR VISTA PEAK* | Tyler, TX 75702 |
| *VENTURES, LLC* | Telephone: (903) 595-3111 |
|  | Facsimile: (903) 595-0191 |
|  | trey@yw-lawfirm.com |
|  |  |
|  | *ATTORNEYS FOR BOE TECHNOLOGY* |
|  | *GROUP, CO., LTD.* |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), (i) I certify that the parties have met and conferred and that this Joint Motion is unopposed.

/s/ *Patrick J. Conroy*
Patrick J. Conroy

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 3rd day of May, 2019.

/s/ *Patrick J. Conroy*
Patrick J. Conroy